FILED
GREAT FALLS DIV.

2008 NOV 19 AM 9 03

PATRICK E. DUFFY, CLERK
BY _____
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| ALFRED FRANCIS CHARETTE,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No. CV-08-69-GF-SEH<br><br>**ORDER** |

On October 1, 2008, United States Magistrate Judge Keith Strong entered his Findings and Recommendation[1] in this matter. Plaintiff filed objections on October 23, 2008. The Court reviews *de novo* findings and recommendation to which objection is made.

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1.    Plaintiff's Petition for Writ of Habeas Corpus[2] is DISMISSED with prejudice.

---

[1] Document No. 3

[2] Document No. 1

2.  A certificate of appealability is DENIED as the Court lacks jurisdiction over this matter.

3.  The Clerk of Court is directed to enter judgment accordingly.

DATED this __18th__ day of November, 2008.

*Sam E Haddon*
SAM E. HADDON
United States District Judge